Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Stephanie Horiuchi

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HORIUCHI,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 8:20-cv-01135-PLA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS and THIRTY-TWO CENTS ($3,232.32), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as

/ / /

/ / /

/ / /

authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: June 23, 2021

*Paul L. Abrams*
_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE